Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:        Clerk, U.S. Bankruptcy Court

Re:        UNDISTRIBUTED FUNDS

Case No.:  6:06-bk-12865-MJ

Debtor(s): JEFFREY S MCGONIGAL
           JESSICA P MCGONIGAL
           16359 IRIS DR.
           FONTANA, CA 92335

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| DARREL E CLARK<br>22671 SPRINGDALE DR<br>MORENO VALLEY, CA 92557 | $433.00 |

Dated: 11/23/10

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| | ROD DANIELSON, Chapter 13 Trustee | | | | Check #.: 0333049 |
| | Payee: US BANKRUPTCY COURT | | | | Date: Nov 23, 2010 |

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0715056 | DARRELL EUGENE CLARK | | 00000 | 433.00 | 0.00 | 433.00 |
| | | | TOTALS: | 433.00 | 0.00 | 433.00 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

DARRELL EUGENE CLARK
BALANCE: [0.00 Claim:00000]
ACCT:
PRINCIPAL: 433.00
CASE: 0715056
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
818 West Seventh St., #220
Los Angeles, CA 90017

**CHECK NUMBER**
0333049

**CHECK DATE**
Nov 23, 2010

**AMOUNT**
********433.00**

VOID 45 DAYS FROM DATE

PAY   Four Hundred Thirty Three And 00 / 100 Dollars

TO THE ORDER OF
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0333049⑈ ⑆122044300⑆ ⑈030⑈100078⑈