Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:      Clerk, U.S. Bankruptcy Court

Re:      UNDISTRIBUTED FUNDS

Case No.:   6:06-bk-12865-MJ

Debtor(s):   JEFFREY S MCGONIGAL
             JESSICA P MCGONIGAL
             16359 IRIS DR.
             FONTANA, CA  92335

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| JEFFREY S AND JESSICA P MCGONIGAL | $20.32 |
| 16359 IRIS DR | |
| FONTANA, CA 92335 | |

Dated: 11/23/10

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

**ROD DANIELSON, Chapter 13 Trustee**
Payee: US BANKRUPTCY COURT

Check #.: **0333048**
Date: Nov 23, 2010

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0612865 | JEFFREY S & JESSICA P MCGONIGAL | | 00000 | 20.32 | 0.00 | 20.32 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT    TOTALS:    20.32    0.00    20.32

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

JEFFREY S MCGONIGAL
JESSICA P MCGONIGAL
BALANCE:    [0.00 Claim:00000]
ACCT:
PRINCIPAL: 20.32

CASE: 0612865
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

| CHECK NUMBER |
|---|
| **0333048** |

| CHECK DATE | AMOUNT |
|---|---|
| **Nov 23, 2010** | *********20.32** |

VOID 45 DAYS FROM DATE

**PAY**   Twenty And 32 / 100 Dollars

**TO THE ORDER OF**   US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑆0333048⑆ ⑈122044300⑈ ⑆030⑊100078⑆